**No. 22-2954**

---

**In the United States Court of Appeals
for the Seventh Circuit**

---

MICHELLE FITZGERALD,

*Plaintiff-Appellant,*

v.

RONCALLI HIGH SCHOOL, INC., and
the ROMAN CATHOLIC
ARCHDIOCESE OF
INDIANAPOLIS, INC.,

*Defendants-Appellees.*

**DOCKETING STATEMENT**

Under Circuit Rule 3(c)(1), Plaintiff, Michelle Fitzgerald, submits this docketing statement. She appeals from the United States District Court for the Southern District of Indiana, case number 1:19-cv-04291-RLY-TAB.

The district court had subject-matter jurisdiction under 28 U.S.C. §§ 1331 and 1343 because the case presents federal questions. Specifically, Fitzgerald brought claims under 42 U.S.C. § 2000e. The district court had supplemental jurisdiction over Fitzgerald's state-law claims under 28 U.S.C. § 1367(a) because the state and federal claims "derive from a common nucleus of operative fact," *United Mine Workers v. Gibbs*, 383 U.S. 715, 725 (1966), namely the discriminatory firing she alleges.

This Court has jurisdiction under 28 U.S.C. § 1291 because Fitzgerald appeals from a final judgment in favor of the Defendants and against Fitzgerald. On September 30, 2022, Judge Richard L. Young granted summary judgment for the

Defendants based on their ministerial-exception defense. The district court's judgment resolved all claims in the case.

Fitzgerald timely filed her notice of appeal from the district court's order on October 28, 2022, 28 days after the district court issued its final judgment.

Defendants are Roncalli High School, Inc. and the Roman Catholic Archdiocese of Indianapolis. Both Defendants are nonprofit domestic corporations incorporated in Indiana with their principal place of business in Indiana.

There are no prior or related appellate proceedings in this case.

November 3, 2022                                Respectfully submitted,

                                                 /s/ *Bradley Girard*
                                                BRADLEY GIRARD
                                                 Americans United for Separation of
                                                   Church and State
                                                 1310 L Street NW, Suite 200
                                                 Washington, DC 20005
                                                 (202) 466-3234
                                                 girard@au.org

                                                *Counsel for Michelle Fitzgerald*

## CERTIFICATE OF SERVICE

Under Federal Rule of Appellate Procedure 25(d), I certify that on November 3, 2022, I served this docketing statement by email on the following attorneys who represent defendants in this matter:

Daniel Howard Blomberg
Joseph Charles Tucker Davis
Luke W. Goodrich
The Becket Fund For Religious Liberty
1919 Pennsylvania Ave. NW
Suite 400
Washington, DC 20006
dblomberg@becketlaw.org
jdavis@becketlaw.org
lgoodrich@becketlaw.org

John S. Mercer
Wooten Hoy, LLC
13 North State Street
#2A
Greenfield, IN 46140
jmercer@archindy.org

Paul Joseph Carroll
Mercer Belanger P.C.
One Indiana Square
111 Monument Circle
Suite 1500
Indianapolis, IN 46204
pcarroll@wootonhoylaw.com

November 3, 2022                    /s/ *Bradley Girard*
                                   BRADLEY GIRARD

                                   *Counsel for Michelle Fitzgerald*