# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

November 17, 2022

*By the Court:*

| | |
|---|---|
| No. 22-2954 | MICHELLE FITZGERALD,<br>　　　　Plaintiff - Appellant<br><br>v.<br><br>RONCALLI HIGH SCHOOL, INC. and ROMAN CATHOLIC ARCHDIOCESE OF INDIANAPOLIS, INC.,<br>　　　　Defendants - Appellees |
| **Originating Case Information:** | |
| District Court No: 1:19-cv-04291-RLY-TAB<br>Southern District of Indiana, Indianapolis Division<br>District Judge Richard L. Young | |

Upon consideration of the **CONSENT MOTION FOR AN EXTENSION OF THE BRIEFING SCHEDULE**, filed on November 16, 2022, by counsel for the appellant,

**IT IS ORDERED** that the motion is **GRANTED** and briefing shall proceed as follows:

1. The brief and required short appendix of the appellant are due by January 26, 2023.

2. The brief of the appellees is due by March 27, 2023.

3. The reply brief of the appellant, if any, is due by April 26, 2023.

Important Scheduling Notice!

Hearing notices are mailed shortly before the date of oral argument. Please note that counsel's unavailability for oral argument must be submitted by letter, filed electronically with the Clerk's Office, no later than the filing of the appellant's brief in a criminal case and the filing of an appellee's brief in a civil case. See Cir. R. 34(b)(3). The court's calendar is located at http://www.ca7.uscourts.gov/cal/argcalendar.pdf. Once scheduled, oral argument is rescheduled only in extraordinary circumstances. See Cir. R. 34(b)(4), (e).

form name: **c7_Order_BTC**     (form ID: **178**)