# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

April 12, 2023

*By the Court:*

| No. 22-2954 | MICHELLE FITZGERALD,<br>                Plaintiff - Appellant<br>v.<br><br>RONCALLI HIGH SCHOOL, INC. and ROMAN CATHOLIC ARCHDIOCESE OF INDIANAPOLIS, INC.,<br>                Defendants - Appellees |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:19-cv-04291-RLY-TAB<br>Southern District of Indiana, Indianapolis Division<br>District Judge Richard L. Young ||

Upon consideration of the **CONSENT MOTION FOR AN EXTENSION OF DUE DATE FOR FITZGERALD'S REPLY BRIEF**, filed on April 12, 2023, by counsel for Appellant Michelle Fitzgerald,

**IT IS ORDERED** that the motion is **GRANTED**. Appellant's reply brief, if any, is due by May 11, 2023.


Important Scheduling Notice!

Hearing notices are mailed shortly before the date of oral argument. Please note that counsel's unavailability for oral argument must be submitted by letter, filed electronically with the Clerk's Office, no later than the filing of the appellant's brief in a criminal case and the filing of an appellee's brief in a civil case. *See* Cir. R. 34(b)(3). The court's calendar is located at http://www.ca7.uscourts.gov/cal/argcalendar.pdf. Once scheduled, oral argument is rescheduled only in extraordinary circumstances. *See* Cir. R. 34(b)(4), (e).


form name: **c7_Order_BTC**     (form ID: **178**)