# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## FINAL JUDGMENT

July 13, 2023

Before

JOEL M. FLAUM, *Circuit Judge*
MICHAEL B. BRENNAN, *Circuit Judge*
AMY J. ST. EVE, *Circuit Judge*

| | |
|---|---|
| No. 22-2954 | MICHELLE FITZGERALD,<br>    Plaintiff - Appellant<br><br>v.<br><br>RONCALLI HIGH SCHOOL, INC. and ROMAN CATHOLIC ARCHDIOCESE OF INDIANAPOLIS, INC.,<br>    Defendants - Appellees |
| **Originating Case Information:** | |
| District Court No: 1:19-cv-04291-RLY-TAB<br>Southern District of Indiana, Indianapolis Division<br>District Judge Richard L. Young | |

The judgment of the District Court is **AFFIRMED**, with costs, in accordance with the decision of this court entered on this date.

Clerk of Court

form name: **c7_FinalJudgment**     (form ID: **132**)